# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**TRAVELERS CASUALTY AND SURETY**
**COMPANY OF AMERICA,**

**v.**  CASE NO. 3:17-CV-220-WHB-JCG

**CITY OF JACKSON, MISSISSIPPI**

## UNOPPOSED STIPULATION OF DISMISSAL WITHOUT PREJUDICE

COMES NOW, Travelers Casualty and Surety Company of America ("Travelers"), by and through counsel of record, and files this Stipulation of Dismissal Without Prejudice as follows:

Travelers wishes to dismiss its action against the City of Jackson without prejudice, specifically reserving its right to bring an action against the City of Jackson at a later date if the City breaches its obligations under the General Contract of Indemnity. Travelers will prepare and send a proposed agreed order to Honorable Judge Wingate for entry in this matter.

Respectfully submitted this the 4th day of June, 2019.

    KREBS, FARLEY & DRY

    By:   */s/ Alec M. Taylor*
           Alec M. Taylor (MSB#102874)
           258 Market Street
           Flowood, MS 39232
           Telephone: 601-968-6710
           Facsimile: 601-968-6708
           Email: ataylor@kfplaw.com
           ***Counsel for Travelers and Casualty Company of America***

## CERTIFICATE OF SERVICE

I, Alec M. Taylor, do hereby certify that I have this day caused to be filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

SO CERTIFIED this the 4th day of June, 2019.

>	*/s/ Alec M. Taylor*
>	ALEC M. TAYLOR